**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD JAMELL JONES, | No. EDCV 09-1395-JSL (CW) |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| WILLIAM KNIPP, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  No written Objections to the Report have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.  **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: Sept. 5, 2012

*Spencer Letts*

J. SPENCER LETTS
United States District Judge