1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   GERALD JAMELL JONES,            )        No. EDCV 09-1395-JSL (CW)
                                      )
13                   Petitioner,      )        JUDGMENT
                                      )
14            v.                      )
                                      )
15   WILLIAM KNIPP, Warden,           )
                                      )
16                   Respondent.      )
     ─────────────────────────────   )

17

18        **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19   denied and the action dismissed with prejudice.

20

21   DATED: Sept 5, 2012

22                                    _____
                                      J. SPENCER LETTS
23                                    United States District Judge

24

25

26

27

28