**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GERALD JAMELL JONES, | ) | No. EDCV 09-1395-JSL (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WILLIAM KNIPP, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: Sept 5, 2012

*/s/ Spencer Letts*
J. SPENCER LETTS
United States District Judge